### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JAMES RICHARD,<br><br>       Plaintiffs<br><br>       v.<br><br>SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC.,<br><br>       Defendant | Case No. 2:18-cv-00087-NT |

### ASSENTED-TO MOTION FOR SUBSTITUTION OF NEW-PARTY DEFENDANT AND DISMISSAL OF SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC.

This case constitutes a claim for disability benefits under a policy of group disability insurance governed by ERISA. Plaintiff has named as defendant "Sun Life Financial (U.S.) Services Company, Inc." This is the incorrect party defendant. The entity that issued the policy of group disability in question to Plaintiff's former employer is "Sun Life Assurance Company of Canada." Accordingly, the parties jointly request that the Court dismiss Sun Life Financial (U.S.) Services Company, Inc., replace "Sun Life Assurance Company of Canada" as the proper party defendant, and amend the caption accordingly.

For the aforementioned reasons, the parties respectfully request that the Court issue an order substituting "Sun Life Assurance Company of Canada" in place of Defendant Sun Life Financial (U.S.) Services Company, Inc. and dismissing this matter **WITHOUT PREJUDICE** as to Sun Life Financial (U.S.) Services Company, Inc.

Plaintiff's counsel consents to the relief requested herein. No memorandum of law is necessary as the relief requested is within the discretion of the Court.

Dated: March 12, 2018                    /s/ Steven J. Silver
                                                          Steven J. Silver

                                                          Pierce Atwood LLP
                                                          Merrill's Wharf
                                                          254 Commercial Street
                                                          Portland, ME 04101
                                                          (207) 791-1100
                                                          ssilver@pierceatwood.com

                                                          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, I electronically filed the within **Motion** by using the CM/ECF system which will send notification of such filing(s) to the all registered participants.

Dated: March 12, 2018

/s/ Steven J. Silver
Byrne J. Decker
Steven J. Silver

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
ssilver@pierceatwood.com

*Attorneys for Defendant*