**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| JAMES RICHARD, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 2:18-cv-00087-NT |
| ) | |
| SUN LIFE FINANCIAL (U.S.) SERVICES ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

COMES NOW the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the Parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear his/its own costs and attorney fees.

Dated: June 8, 2018

*Counsel for Plaintiff James Richard,*

By: /s/ Gisele M. Nadeau
Gisele M. Nadeau
55 Pleasant Street
Portland, ME  04103
Phone: (207) 671-0327
nadeau@nadeauerisadisability.com

*Counsel for Defendant Sun Life,*

By:/s/ Steven J. Silver
Steven J. Silver
Byrne J. Decker
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
477 Congress Street, 5th Floor
Portland, ME 04101
Phone: (207) 387-2963
steven.silver@ogletree.com

CERTIFICATE OF SERVICE

      Pursuant to Fed.R.Civ.P. 5(b)(2)(E), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

Gisele M. Nadeau
55 Pleasant Street
Portland, ME 04103
Phone: (207) 671-0327

                                                           By: /s/ Steven J. Silver
                                                               Steven J. Silver